IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARL PORTER (# R7051)**                                                            **PLAINTIFF**

v.                                                                                                                                  **No. 4:19CV49-RP**

**GLORIA CARTER**
**DR. TONY CARSWELLO**
**C.O. VICTORIA ECKFORD**
**C.O. HONEYCUT**
**NURSE PRACTITIONER ANGELA BROWN**                           **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day, the plaintiff's claims regarding denial of adequate medical care are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted. In addition, the plaintiff's claims against defendants Dr. Tony Carswello and Nurse Practitioner Angela Brown are **DISMISSED**, as the allegations against them involve only their involvement in his medical care. His claims against Gloria Carter, C.O. Victoria Eckford, and C.O. Honeycut for failure to protect him from attack by other inmates will, however, **PROCEED**, as will the plaintiff's claim against defendant Honeycut for use of excessive force.

**SO ORDERED**, this, the 23rd day of August, 2019.

                                                                              /s/ Roy Percy
                                                                              UNITED STATES MAGISTRATE JUDGE