IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL PORTER                                                                                            PLAINTIFF

V.                                                                              CIVIL ACTION NO. 4:19-CV-00049-RP

GLORIA CARTER,
C.O. VICTORIA ECKFORD, and
C.O. HONEYCUT                                                                                        DEFENDANTS

## ORDER REQUIRING DEFENDANTS TO RESPOND

This matter comes before the court upon the plaintiff's motion for a temporary restraining order filed pursuant to Federal Rule of Civil Procedure 65(b). Upon due consideration, the court finds that the plaintiff's allegations necessitate an expedited response by the defendants. Accordingly, the court finds that the defendants must respond to the instant motion within five (5) days from the date of this order.

**SO ORDERED**, this the 30th day of October, 2019.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE