IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL PORTER                                                           PLAINTIFF

V.                                          CIVIL ACTION NO. 4:19-CV-00049-RP

GLORIA CARTER,
C.O. VICTORIA ECKFORD, and
C.O. HONEYCUT                                      DEFENDANTS

## ORDER REQUIRING DEFENDANTS TO RESPOND

This matter comes before the court upon the plaintiff's motion for the production of documents and electronically stored information. Doc. # 38. Upon due consideration, the court finds that the plaintiff's requests necessitate a response by the defendants. Accordingly, the court finds that the defendants must respond to the instant motion within the time proscribed by Local Rule 7(b)(4).

**SO ORDERED**, this the 28th day of January, 2020.

                                                   /s/ Roy Percy
                                                   UNITED STATES MAGISTRATE JUDGE